**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2^(ND) Street, 2nd Floor
Sacramento, CA 95814
kyleknapp@sbcglobal.net
Telephone:(916) 441-4717

Attorney for JESUS SUAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  24-CR-065-DAD |
| Plaintiff, | |
| v. | WAIVER OF PERSONAL APPEARANCE AND **ORDER** |
| JESUS SUAREZ, | |
| Defendant. | |

   Jesus Suarez, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or non-evidentiary motion hearing in this matter.  The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected.  The waiver does not extend to arraignment, entry of plea, change of plea, any motion hearing at which evidence and/or testimony is presented, or any trial state from selecting a jury to verdict, nor does it apply to imposition of sentence.

   Defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.  Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court.  He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix

in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174). Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of bis being personally present.

DATED: August 13, 2025

By /s/ Jesus Suares
JESUS SUAREZ
Defendant

I agree with and consent to Defendant Jesus Suarez' waiver of personal appearance at further proceedings.

Dated: August 13, 2025                                                  Respectfully submitted.


 /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant
JESUS SUAREZ

## ORDER

The waiver of defendant Suarez's appearance is accepted, however, it will not apply to the trial confirmation hearing in this case because all remaining defendants will be required to appear at that hearing as well.

IT IS SO ORDERED.

Dated:   **August 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE