ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS SUAREZ,<br>Defendant. | CASE NO. 2:24-CR-00065-DAD-11<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING |

Trial confirmation in this matter is currently scheduled for September 8, 2026. The parties have reached a plea agreement in this matter. As to this defendant, the parties stipulate and ask this Court to convert the trial confirmation hearing into a change of plea hearing.

IT IS SO STIPULATED.

Dated: September 2, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: September 2, 2026

/s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
JESUS SUAREZ
(Authorized by email on
September 2, 2026)

**ORDER**

IT IS SO ORDERED.

Dated: **September 3, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE